UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TONY D. WALKER,

        **Plaintiff,**

  v.                                    Case No. 15-CV-979
                                        Appeal No. 16-1241

**WISCONSIN DEPARTMENT OF CORRECTIONS, et al.,**

        **Defendants.**

## ORDER

The *pro se* plaintiff, a prisoner at all relevant times, filed a notice of appeal on February 5, 2016. On February 13, 2016, this court denied plaintiff's request to proceed *in forma pauperis* on appeal and directed plaintiff to remit $505.00 within fourteen days of such order as an appellate filing fee. *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000) and *Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Plaintiff failed to do so, and the United States Court of Appeals for the Seventh Circuit dismissed his appeal on April 7, 2016.

This court must now collect the outstanding fees by the procedures outlined in 28 U.S.C. § 1915(b). *Newlin*, 123 F.3d at 434.

**IT IS THEREFORE ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from plaintiff's prison trust account the $505.00 balance of the appeal filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to 20% of the preceding month's income

credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the Warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2016.

**BY THE COURT:**

s/ Lynn Adelman
_____
LYNN ADELMAN
United States District Judge